No. 97–215. CALDERON, WARDEN v. THOMPSON. C. A. 9th Cir. [Certiorari granted, 521 U. S. 1136 and 1140.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 97–475. EL AL ISRAEL AIRLINES, LTD. v. TSUI YUAN TSENG. C. A. 2d Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 97–5748. LARSON v. OHLANDER. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 24, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–6284. IN RE WOODS. Petition for writ of habeas corpus denied.

No. 97–5758. IN RE FUENTES; and
No. 97–5854. IN RE OKPALA. Petitions for writs of mandamus denied.

No. 97–5811. IN RE REEVES. Petition for writ of mandamus and/or prohibition denied.

No. 97–5806. IN RE WASHINGTON. Petition for writ of prohibition denied.

No. 96–1839. WILES v. UNITED STATES; and
No. 96–8626. SCHLEIBAUM v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: No. 96–1839, 102 F. 3d 1043 and 106 F. 3d 1516; No. 96–8626, 102 F. 3d 1043.

No. 96–2041. BOYD ET AL. v. BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–2045. SOSNE v. REINERT & DUREE ET AL.; and
No. 97–7. REINERT & DUREE ET AL. v. SOSNE, BANKRUPTCY TRUSTEE FOR JUST BRAKES CORPORATE SYSTEMS, INC. C. A. 8th Cir. Certiorari denied. Reported below: 108 F. 3d 881.